**Michael Craig CLARK; Eve Anna Clark, Plaintiffs—Appellants,**

v.

**SNUG HARBOR PROPERTY OWNERS ASSOCIATION, Defendant—Appellee.**

No. 04–2273.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 9, 2005.

Decided Feb. 14, 2005.

Michael Craig Clark, Eve Anna Clark, Appellants pro se. Thomas Palmer Nash, IV, Trimpi, Nash & Harman, LLP, Elizabeth City, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael Craig Clark and Eve Anna Clark appeal the district court's order denying relief on their civil action against the Snug Harbor Property Owners Association. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Clark v. Snug Harbor Prop. Owners Ass'n,* No. CA–03–45–2 (E.D.N.C. Sept. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*